UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL NEELY, | CASE NO. C16-1791-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 106) of the Court's order (Dkt. No. 83) granting in part and denying in part Defendant's motion to dismiss (Dkt. No. 61). The Court hereby ORDERS Defendant to respond to Plaintiff's motion for reconsideration. Defendant shall file a response brief of six (6) pages or less no later than April 26, 2019. Defendant shall not include a factual background in its response. The Clerk is DIRECTED to RENOTE Plaintiff's motion for reconsideration (Dkt. No. 106) to April 26, 2019.

DATED this 17th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk